UNITED STATES of America,
Plaintiff–Appellee

v.

Juan Manuel GARCIA–HERNANDEZ, also known as Eduardo Hernandez, also known as Alfredo Hernandez, also known as Juan Galacia, also known as Eduardo Hernandez–Ramos, also known as Eric Hernandez, also known as Juan Hernandez–Galacia, also known as Miguel Eric Hernandez–Walker, also known as Pedro V Lopez, also known as Juan Hernandez, Defendant–Appellant.

No. 06–41284
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 8, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before DENNIS, CLEMENT, and PRADO, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Juan Manuel Garcia–Hernandez raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.